UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

CHANEL, INC.,

                Plaintiff,

        -against-

TAROO SECOND, INC., et al.,

                Defendants.

-----------------------------------------------------------x

24-CV-9038 (RA) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The case has been referred to me for general pretrial management. (*See* ECF 33). On April 23, 2025, Jeffrey Davis, counsel for Defendants, filed a motion to withdraw. (ECF 30). On April 24, 2025, Judge Abrams directed Davis to re-file his application in accordance with the requirements of Local Civil Rule 1.4(b). (ECF 31).

Davis is directed to file his renewed motion to withdraw in accordance with Judge Abrams's April 24 Order by **Monday May 12, 2025.**

**SO ORDERED.**

                                                      *s/ Ona T. Wang*

Dated: April 29, 2025                               **Ona T. Wang**
       New York, New York               United States Magistrate Judge