**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

CHANEL, INC.,

                Plaintiff,           24-CV-9038 (RA) (OTW)

      -against-                 **ORDER**

TAROO SECOND, INC., et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of defense counsel Jeffrey Davis's affirmation (ECF 45) in response to my May 29, 2025, order to show cause, (ECF 39), and Plaintiff's letter regarding discovery deadlines. (ECF 46).

The Court declines to issue sanctions on Mr. Davis at this time and extends its condolences to Mr. Davis. If the parties need an extension or accommodations for any future conferences or deadlines, they may make such requests by filing a letter on the docket before the conference or deadline. Reasons as articulated by Mr. Davis in his affirmation are always good cause for adjournments or extensions.

The parties' request to modify the fact and expert discovery deadlines is **GRANTED** and **EXTENDED** as follows:

- The last day to amend the complaint without leave of Court is **July 25, 2025**;
- The fact discovery deadline is **August 29, 2025**;
- The expert discovery deadline is **October 31, 2025**;

- The post-discovery conference currently scheduled for June 13, 2025, is hereby **ADJOURNED sine die.**

Mr. Davis may file a renewed motion to withdraw that complies with all aspects of Local Civil Rule 1.4(b) by **June 20, 2025.** Mr. Davis's affidavit setting forth the reasons for withdrawal may be submitted *ex parte* to my Chambers via email, and he must serve such affidavit on his client and file proof of service on the docket.

**SO ORDERED.**

Dated: June 10, 2025　　　　　　　　　　　　　　　　　　　　*s/ Ona T. Wang*
　　　　New York, New York　　　　　　　　　　　　　　　**Ona T. Wang**
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

2