UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHANEL, INC.,

                        Plaintiff,                  24-CV-9038 (RA) (OTW)

            -against-                    **ORDER**

TAROO SECOND, INC., et al.,

                      Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendant Theresa Russo's letter response (ECF 59) to the July 11, 2025, Order to Show Cause (the "July 11 OSC"), (ECF 52), as well as ECF Nos. 60 and 61, which the Court construes as defense counsel Jeffrey Davis's response to the July 11 OSC. Having considered the parties' submissions, the Court determines that no sanctions will be issued at this time.

The Court will hold an in-person status conference in this matter on **August 14, 2025, at 10:00 a.m.,** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to file a joint proposed agenda for the conference by **Monday, August 11, 2025.**

**SO ORDERED.**

Dated: July 28, 2025
New York, New York

                                                     *s/ Ona T. Wang*
                                                     **Ona T. Wang**
                                                United States Magistrate Judge