**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
CHANEL, INC.,

                      Plaintiff,                      24-CV-9038 (RA) (OTW)

        -against-                             **ORDER**

TAROO SECOND, INC., et al.,

                    Defendants.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 60 and 61, wherein Defendants request an "extension on time to respond to this Court's most recent order and to respond to any pending motion." (ECF 61). Defendants do not identify the motions that they seek to oppose. To the extent ECF 61 seeks to extend the fact discovery deadline, the deadline is hereby **EXTENDED nunc pro tunc** to **August 29, 2025**, without prejudice to further extensions.

**SO ORDERED.**

                                                          *s/ Ona T. Wang*

Dated: July 28, 2025                                   **Ona T. Wang**
     New York, New York                  United States Magistrate Judge