**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CHANEL, INC.,

                    Plaintiff,                  24-CV-9038 (RA) (OTW)

        -against-                             **ORDER**

TAROO SECOND, INC., et al.,

                    Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF Nos. 70, 71, 72, 73, and 74.

ECF No. 70 incorrectly states that the upcoming Status Conference is adjourned to September 19. Per my Scheduling Order at ECF 69, the Status Conference is set for **September 17, 2025 at 10:00 AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

ECF Nos. 71 and 72 requesting and subsequently withdrawing the request for a Protective Order by Defendant Theresa Russo are **DENIED** as moot.

Parties' joint Motion to File a First Amended Complaint to add an additional defendant is **GRANTED**.

The Clerk of the Court is respectfully requested to close ECF Nos. 70, 71, 73, and 74.

**SO ORDERED.**

                                                            *s/ Ona T. Wang*

Dated: September 12, 2025                            **Ona T. Wang**
      New York, New York                      United States Magistrate Judge