# LAW OFFICE OF JEFFREY DAVIS

600 Mamaroneck Avenue, 4th Floor, Harrison, New York 10528
Tel 914.279.9929▪ Email Jeff@JeffDavisESQ.com

September 16, 2025
BY EFILE

**MEMO ENDORSED.**

Case Name:   Chanel, Inc. v. Taroo Second, Inc. et al
Case Number: 1:24-cv-09038-RA-OTW

Your Honor:

I represent the Defendants in the above referenced matter.

I write to request the court's express permission to permit a per diem attorney in my place, or in the alternative, permit virtual attendance. I'm in Virginia for a death in the family. I had thought it would be easy to obtain coverage but was told that I need the Court's consent.

Please advise, as I would have to leave in the next few hours if the Court is unwilling to accommodate which would be incredibly unfortunate for a variety of reasons.

Furthermore, please note, depositions have been completed, I've provided some responses to the post deposition demands (which were sent by email). I've consented to the amendment of the Complaint to facilitate moving the case forward. All responses to post deposition demands should be completed within the next week, subject to Plaintiff's objections etc.

Thank you in advance for your consideration. Please advise as soon as possible.

Respectfully submitted,

JEFFREY DAVIS

Application **GRANTED.** Counsel may appear telephonically for the conference on September 17, 2025.

Please email chambers with a telephone number for the conference: Wang_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

_____
Ona T. Wang                September 16, 2025
U.S.M.J.