**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CHANEL, INC.,

                    Plaintiff,                    24-CV-9038 (RA) (OTW)

        -against-                    **ORDER**

TAROO SECOND, INC., et al.,

                    Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Preliminary Settlement Conference Call on October 30, 2025. The Court will hold another Preliminary Settlement Conference Call on **Tuesday, December 2, 2025 at 2:00 PM.** Please call Chambers at 212-805-0260 when all counsel are on the line.

Parties are directed to file joint status letters on the last business Friday of every month, beginning on **November 21, 2025.**

**SO ORDERED.**

                                                        *s/ Ona T. Wang*

Dated: October 30, 2025                              **Ona T. Wang**
       New York, New York                     United States Magistrate Judge