**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

CHANEL, INC.,

                    Plaintiff,

          -against-

TAROO SECOND, INC., et al.,

                 Defendants.

-------------------------------------------------------------x

      24-CV-9038 (RA) (OTW)

      **ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Preliminary Settlement Conference call on December 2, 2025. Counsel for Defendants failed to appear. The Court is in receipt of Defense Counsel's letters at ECF Nos. 93, 95 and Plaintiff Counsel's letter at ECF 94 addressing the matter. Counsel are directed to cease filing any letters on the matter. If Parties are seeking to cross-move for sanctions, they are directed to do so by **December 9, 2025** with a response, if any, due by **December 12, 2025**. There shall be no replies.

Counsel for Defendants indicated that he is "ready for trial" in his December 2nd letter. (ECF 93). My referral in this matter is for general pretrial purposes and specific motions only. (ECF 34). If the parties are ready for trial, they are directed to so inform Judge Abrams by **December 19, 2025**.

      **SO ORDERED.**

                               _s/ Ona T. Wang_

Dated: December 4, 2025                    **Ona T. Wang**
      New York, New York         United States Magistrate Judge