**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

CHANEL, INC.,                                     :
                                                  :
                              Plaintiff,          :          24-CV-9038 (RA) (OTW)
                                                  :
              -against-                           :          **ORDER**
                                                  :
TAROO SECOND, INC., et al.,                       :
                                                  :
                              Defendants.         :
                                                  :
-------------------------------------------------------------x

    **ONA T. WANG, United States Magistrate Judge:**

    The Court held an in-person discovery status conference on Thursday, May 21, 2026. As

**ORDERED** at the Conference:

1. An attorney declaration discussing, in-detail, past searches and inquiries with their clients, the Defendants, is due by **Thursday, June 4, 2026**. If counsel is not able to reach their client due to hospitalization, they must file records substantiating that.

2. Fact discovery is closed to new requests. Discovery is extended to June 12, 2026, for the purposes discussed on the record.

3. Parties must file a joint status letter by **Friday, June 26, 2026**, discussing next steps in the case and may propose a schedule for a dispositive motion at that time.

    **SO ORDERED.**

                                                  *s/ Ona T. Wang*

Dated: June 1, 2026                                        **Ona T. Wang**
      New York, New York                    United States Magistrate Judge